UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULA KOTO,<br><br>        Plaintiff,<br><br>    v.<br><br>POSITIVE INVESTMENTS INCORPORATION, et al.,<br><br>        Defendants. | No. 2:24-cv-03618-DAD-JDP (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. No. 5) |

      Plaintiff Ula Koto proceeds *pro se* and *in forma pauperis* in this civil action. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On May 5, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's first amended complaint ("FAC") be dismissed, without further leave to amend, due to plaintiff's failure to cure the deficiencies outlined in the magistrate judge's screening order, (Doc. No. 3). (Doc. No. 5.) In particular, the magistrate judge observed once again that plaintiff's allegations that defendants violated the Clayton Act by requiring her to maintain renter's insurance despite her low-income status do not give rise to any antitrust violation. (*Id*. at 1.) The magistrate judge concluded that "plaintiff's amended complaint contains the same deficiency" as her original complaint—namely, that there is "no allegation that

1

plaintiff is a participant in any market that the defendants have made less competitive," and "the requirement that plaintiff purchase rental insurance, even if onerous or unfair to her personally, does not implicate any injury to competition." (*Id*. at 3.)  Because plaintiff received an opportunity to amend her complaint and failed to cure the noted deficiencies, the magistrate judge recommended that her FAC be dismissed without leave to amend because the granting of further leave to amend would be futile. (*Id*.)  The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id*. at 3–4.)  Neither plaintiff nor defendants filed any objections to the findings and recommendations and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on May 5, 2025 (Doc. No. 5) are ADOPTED in full;
2. Plaintiff's first amended complaint (Doc. No. 4) is DISMISSED, without leave to amend, for failure to state a cognizable claim; and
3. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:  **October 1, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE